```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RALPH RICHARD POLANCO, JR.,

                                Plaintiff,              20-CV-4517 (ER)(SN)

                -against-                               ORDER

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The parties are requested to meet and confer as to whether they jointly consent to decision of this action by this United States magistrate judge. By no later than December 4, 2020, the parties shall file a joint status letter informing the Court as to whether the parties jointly consent. If both parties do not consent, the letter should not reveal that it is because only one party does not consent. If both parties consent, they should complete and file the counterparts of the Consent to Proceed Before a United States Magistrate Judge, available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge.

**SO ORDERED.**

> SARAH NETBURN
> United States Magistrate Judge

DATED:   November 19, 2020
         New York, New York